Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*
*Kelissa Ronquillo*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC & LOBEL FINANCIAL CORPORATION,<br><br>　　　　Defendants. | Case No.:<br>3:17-cv-00029-GPC-WVG<br><br>NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC ONLY<br><br>Judge: Gonzalo P. Curiel<br>Trial Date:  None |

1       TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR
2 COUNSEL OF RECORD:
3       Please be advised that Plaintiff KELISSA RONQUILLO has settled with
4 Defendant Trans Union, LLC.
5       A Joint Stipulated Motion to Dismiss as to Trans Union, LLC, or other
6 document to that effect, will be filed within forty-five days of this filing.

Date: March 10, 2017            Respectfully submitted,

LAW OFFICE OF DANIEL G. SHAY

By: <u>s/ Daniel G. Shay</u>
Daniel G. Shay, Esq.
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*
*Kelissa Ronquillo*

2

Notice of Settlement as to Trans Union, LLC Only