1  Daniel G. Shay (SBN 250548)
   DanielShay@TCPAFDCPA.com
2  **LAW OFFICE OF DANIEL G. SHAY**
3  409 Camino Del Rio South, Suite 101B
   San Diego, CA  92108
4  Telephone: (619) 222-7429
5  Facsimile:  (866) 431-3292

6
   *Attorney for Plaintiff*
7  *Kelissa Ronquillo*

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 |                                               )
12 | KELISSA RONQUILLO,                            ) Case No.:
   |                                               ) 3:17-cv-00029-GPC-WVG
13 |          Plaintiff,                           )
   |                                               ) NOTICE OF SETTLEMENT OF
14 | vs.                                           ) ENTIRE ACTION
15 |                                               )
   |                                               ) Judge: Gonzalo P. Curiel
16 |                                               ) Complaint Filed: 01/06/2017
17 | EXPERIAN INFORMATION                          ) ENE Date:  03/22/2017
   | SOLUTIONS, INC., EQUIFAX                      )
18 | INFORMATION SERVICES, LLC,                    )
19 | TRANS UNION, LLC & LOBEL                      )
   | FINANCIAL CORPORATION,                        )
20 |                                               )
21 |          Defendants.                          )
22 |                                               )

23
24
25
26
27
28

                                  1
Notice of Settlement of Entire Action

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that Plaintiff Kelissa Ronquillo has settled the entire action with all parties.

The parties request to be excused from all currently scheduled deadlines and appearances.

A Joint Stipulated Motion to Dismiss or other document to that effect will be filed within forty-five days of this filing.

Date: March 14, 2017                Respectfully submitted,

LAW OFFICE OF DANIEL G. SHAY

By: s/ Daniel G. Shay
Daniel G. Shay, Esq.
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*
*Kelissa Ronquillo*